03-15-00307-CR

July 14, 2015

Re:  D-1-DC-06-302099, State of Texas v. Randy Lin Ates

There is no reporter's record in this case.  Ates filed a request for a DNA test, but did not say what he wanted tested.  Judge Wisser presided over the trial in 2009 in the 427th, and the DA's officer accidentally put the 299th on one of the orders it prepared, resulting in Judge Sage signing off on the order denying DNA testing.  Ates then appealed.

Angela Chambers